# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

PAMELA COOPER,          )
                      )
       Petitioner,     )
                      )
       v.             )    CIVIL ACTION NO.: CV511-103
                      )
UNITED STATES OF AMERICA,   )
                      )
       Respondent.   )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner's Motion for Hearing on Issue of Factual Dispute, characterized as a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, is **DISMISSED** as successive within the meaning of § 2255(h). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 6th day of December, 2011.

                                      HONORABLE J. RANDAL HALL
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF GEORGIA